1  Scott A. Flinders (6975)
2  HUTCHISON & STEFFEN, LLC
   Peccole Professional Park
3  10080 West Alta Drive, Suite 200
   Las Vegas, Nevada 89145
4  Telephone:  702-385-2500
5  Facsimile:  702-385-2086
   sflinders@hutchlegal.com
6
7  *Attorneys for Defendant*
   *American Family Mutual Insurance Company*
8
                    **UNITED STATES DISTRICT COURT**
9
                          **DISTRICT OF NEVADA**
10

11  ALEXANDRIA STRIEGEL,                  Case No.: 2:13-cv-01338-GMN-VCF
12                  Plaintiff,
13                                        **STIPULATION AND ORDER TO**
    vs.                                   **CONTINUE SETTLEMENT**
14                                        **CONFERENCE**
15  RUJAKE GROSS, individually; AMERICAN
    FAMILY MUTUAL INSURANCE               **(FIRST REQUEST)**
16  COMPANY, DOES I-V; and ROE
    CORPORATIONS I-V, inclusive,
17
18                  Defendants.

19          In order to make the settlement conference as meaningful as possible, Defendant

20  American Family Mutual Insurance Company has advised that it needs additional time to

21  evaluate.  Plaintiff Alexandria Striegel has agreed to stipulate to a forty-five (45) day

22
    continuance of the settlement conference.  The parties hereby stipulate and respectfully request
23
24  that this Court continue the settlement conference presently set for April 13, 2015, at 10:00 a.m.

25  ***

26  ***

27  ***

28
    ***

1  out forty-five (45) days to a date convenient to the court.

2      DATED this __24__ day of March, 2015.

3

4  HUTCHISON & STEFFEN, LLC .          CHRISTENSEN LAW OFFICES, LLC

5

6  __/s/   Scott Flinders_____          _____
   Scott A. Flinders, Esq.               Thomas F. Christensen, Esq.

7  Peccole Professional Park             1000 S. Valley View Blvd.
   10080 West Alta Drive, Suite 200      Las Vegas, Nevada 89107

8  Las Vegas, Nevada 89145
   *Attorneys for Defendant*              *Attorneys for Plaintiff*

9

10     FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

11     DATED this __27th__ day of March, 2015.

12

13

14                                    _____
                                      United States Magistrate Judge

15

16  IT IS HEREBY ORDERED that the settlement conference currently scheduled for
    April 13, 2015 is VACATED and rescheduled to 10:00 a.m., June 29, 2015.  The

17  confidential settlement statement is due to chambers by 4:00 p.m., June 22, 2015.
    All else as stated in the order (#86) scheduling the settlement conference remains

18  the same.

19

20

21

22

23

24

25

26

27

28

                                      2