Scott A. Flinders (6975)
HUTCHISON & STEFFEN, LLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, Nevada 89145
Telephone:  702-385-2500
Facsimile:  702-385-2086
sflinders@hutchlegal.com

*Attorneys for Defendant*
*American Family Mutual Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALEXANDRIA STRIEGEL, | Case No.: 2:13-cv-01338-GMN-VCF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER** |
| RUJAKE GROSS, individually; AMERICAN FAMILY MUTUAL INSURANCE COMPANY, DOES I-V; and ROE CORPORATIONS I-V, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between the parties that:

1.   Plaintiff will not seek reconsideration of the Court's Order granting Defendant's Motion for Summary Judgment;

2.   Neither party will file an appeal of any issue with respect to this case;

3.   Defendant withdraws its Bill of Costs and Motion for Attorney's Fees; and

***

***

***

***

4. Each party will bear their attorney's fees and costs.

DATED this 4th day of August, 2015.

| HUTCHISON & STEFFEN, LLC | CHRISTENSEN LAW OFFICES, LLC |
|---|---|
| /s/   Scott A. Flinders | /s/ Thomas F. Christensen |
| Scott A. Flinders, Esq. | Thomas F. Christensen, Esq. |
| Peccole Professional Park | 1000 S. Valley View Blvd. |
| 10080 West Alta Drive, Suite 200 | Las Vegas, Nevada 89107 |
| Las Vegas, Nevada 89145 | |

*Attorneys for Defendant*

*Attorneys for Plaintiff*

**IT IS SO ORDERED.**

_____
Gloria M. Navarro, Chief Judge
United States District Court

**DATED:** 08/06/2015.